UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Angelo Tomasone,

           Plaintiff,                  Case No. 2:22-cv-2602

v.                             Judge Michael H. Watson

CF Bank, *et al.*,                Magistrate Judge Jolson

           Defendants.

## ORDER

Pursuant to the stipulated dismissal, ECF No. 14, this case is

**TERMINATED.**  The Clerk shall close the case.

        **IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT